In the Matter of Louis J. Capozolli, Respondent, against Michael J. Cruise, City Clerk of the City of New York, et al., Appellants.

Joseph Raimo et al., Intervenors, Appellants.

*Elections — constitutional law — term of office of Municipal Court justice elected to fill vacancy occurring other than by expiration of term.*

(Argued October 4, 1927; decided October 7, 1927.)

Appeal from a final order of the Supreme Court, made at New York County Special Term and entered September 14, 1927, which granted a motion for a peremptory order of mandamus directing the board of elections of the city of New York to provide appropriate ballots for use at primary election so that nominations may be made for justice of the Municipal Court in the second district of the borough of Manhattan.

*George P. Nicholson, Corporation Counsel (Joseph P. Reilly of counsel),* for City Clerk et al., appellants.

*Maurice Block* and *Edward S. Dore* for respondent.

Order reversed and application denied, without costs, on opinion in *Matter of Carey v. Cruise* (246 N. Y. 237).

Concur: Cardozo, Ch. J., Pound, Crane, Andrews, Lehman, Kellogg and O'Brien, JJ.